U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 25 2009
ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| BRYANT RICHARD | CIVIL ACTION NO. 08-1544 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALLEN CUPP | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation [Doc. No. 7] of the Magistrate Judge previously filed herein, and for the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Bryant Richard's civil rights action is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this 25 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE